# MEMORANDUM DECISIONS

BASHINSKY COTTON CO., Inc., v. SUNSET LIGHTERAGE CORPORA-
TION et al. (Circuit Court of Appeals, Second Circuit. April 10, 1922.) No.
216. Appeal from the District Court of the United States for the Southern
District of New York. Libel in admiralty by the Bashinsky Cotton Company,
Inc., against the Sunset Lighterage Corporation and another. From a decree
for defendants (272 Fed. 120), libelant appeals. Affirmed. Harrington, Bigham
& Englar, of New York City (Vine H. Smith, of New York City, of counsel), for
appellant. Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre
M. Brown, of New York City, of counsel), for appellee Sunset Lighterage Cor-
poration. Burlingham, Veeder, Masten & Fearey, of New York City, for ap-
pellees Williams & Terhune. Before ROGERS, MANTON, and MAYER, Cir-
cuit Judges.

PER CURIAM. Decree affirmed.

---

BEAVER BOARD COMPANIES v. IMBRIE et al. (Circuit Court of Ap-
peals, Second Circuit. May 22, 1922.) No. 322. Appeal from the District
Court of the United States for the Southern District of New York. Action
by the Beaver Board Companies against James Imbrie and others, in which
John B. Johnson and Theodore G. Smith were appointed receivers for de-
fendants, and in which the State of Santa Catharina, Republic of Brazil, in-
tervened. From an order relating to a settlement of intervener's claim, op-
posed by the Cleveland Trust Company, a creditor of defendants, the re-
ceivers and the Cleveland Trust Company appeal. Order affirmed. Shattuck,
Glenn & Ganter, of New York City (Garrard Glenn, De Witt C. Jones, Jr.,
and Leslie H. Buckler, all of New York City, of counsel), for appellant Cleve-
land Trust Co. Zalkin & Cohen, of New York City (Ellwood M. Rabenold,
Mark Hyman, and Harry Zalkin, all of New York City, of counsel), for appel-
lants receivers. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

CARAMELLI v. UNITED STATES. (Circuit Court of Appeals, Seventh
Circuit. March 30, 1922.) No. 2997. Appeal from the District Court of the
United States for the Eastern Division of the Northern District of Illinois.
Suit by the United States against Charles Caramelli. From the decree, de-
fendant appeals. Affirmed. John T. Duffy, of Chicago, Ill., for appellant.
Chas. F. Clyne and C. W. Middlekauff, both of Chicago, Ill., for the United
States. Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Appeal is taken from a decree closing premises owned
and occupied by appellant and enjoining the further maintenance of a nui-
sance thereon, all pursuant to section 22, title 2, National Prohibition Act (41
Stat. 314). No assignment of error is presented that has not been decided ad-
versely to appellant in one or more of the many similar cases we have decided
during the last few months. The record has also been examined to ascertain
whether the evidence supports the decree. Satisfied that it does, we find no
reversible error. The decree is affirmed.

---

THE CARTHAGENA. (Circuit Court of Appeals, Second Circuit. May 22,
1922.) No. 202. Appeal from the District Court of the United States for the
Southern District of New York. Libel in admiralty by the Grace Steamship